**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)**

| | |
|---|---|
| FIRST UNITED CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DRIVER OPPORTUNITY PARTNERS I LP, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:20-CV-2592-RDB |

**NOTICE OF SETTLEMENT AND
<u>JOINT STIPULATION OF DISMISSAL</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff First United Corporation and Defendants Driver Opportunity Partners I LP, Driver Management Company LLC, and J. Abbott Cooper, by and through their respective attorneys, and having entered into a settlement agreement, hereby stipulate and agree to dismiss the above-captioned matter in its entirety and with prejudice, with each party to bear its own costs and fees.

Dated:  April 19, 2021

*/s/ George F. Ritchie*
George F. Ritchie
Gordon Feinblatt LLC
1001 Fleet Street, Suite 700
Baltimore, MD 21202
410-576-4131
gritchie@gfrlaw.com

*Counsel for Plaintiff*

Respectfully submitted,

*/s/ Jason R. Scherr*
Jason R. Scherr
(signed by George F. Ritchie with permission of Jason R. Scherr)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
202-739-3000
jr.scherr@morganlewis.com

*Counsel for Defendants*